cc: Fiscal Section

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| COAST PRODUCE COMPANY, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROSEDEM, INC., a corporation d/b/a THE STARVING GREEK PRODUCE; DEMETRIOS POTHOS, an individual; ROSEMARY POTHOS, an individual,<br><br>Defendants. | CASE NO.  CV13-04885 SVW (MRWx)<br><br>**JUDGMENT AGAINST DEFENDANTS ROSEDEM, INC. D/B/A THE STARVING GREEK PRODUCE, DEMETRIOS POTHOS AND ROSEMARY POTHOS**<br><br>JS-6 |

Having read and considered the Parties' Stipulation for Entry of Judgment Against Defendants ROSEDEM, INC. a corporation d/b/a THE STARVING GREEK PRODUCE, DEMETRIOS POTHOS and ROSEMARY POTHOS, and all other pleadings and exhibits already on file with this court, and good cause appearing therefor,

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff COAST PRODUCE COMPANY, INC. and against Defendants ROSEDEM, INC. a corporation d/b/a THE STARVING GREEK PRODUCE, DEMETRIOS POTHOS, an individual, and

ROSEMARY POTHOS, an individual, jointly and severally, in the total amount of $20,937.92 (itemized as principal in the amount of $20,251.00, fees and costs in the amount of $2,034.00, and interest at 10% per annum through August 30, 2013 in the amount of $2,652.92, less payments received from Defendants of $4,000.00), all of which qualifies for trust protection under the trust provision of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*]   Plaintiff is further entitled to receive interest at the rate of 10% per annum on all unpaid principal sums due under this judgment until fully paid.

The Clerk shall enter judgment forthwith.

DATED: October 17, 2013

HON. STEPHEN V. WILSON
U.S. DISTRICT JUDGE